### GEORGIA R. R. & BKG. CO. *v.* FITZGERALD, and *vice versa*.

FISH, J.   There being no exception to the rulings of the court during the progress of the trial, or to the charge, and there being sufficient evidence to support the verdict, there was no error in refusing to grant a new trial.

*Judgment, on main bill of exceptions, affirmed; on cross-bill, dismissed.   All the Justices concurring.*

Argued July 23,— Decided August 8, 1900.

Action for damages.   Before Judge Russell.   Walton superior court.   August term, 1899.

*Joseph B. & Bryan Cumming*, for the railroad company.
*H. C. Roney* and *W. S. Upshaw*, contra.